The Honorable Richard A. Jones



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG CHURYUMOV,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),<br><br>Defendant. | C18-0841-RAJ<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE<br><br>**Noted on Motion Calendar:<br>December 6, 2018** |

## **STIPULATION**

Plaintiff filed this action seeking review of a decision by U.S. Citizenship and Immigration Services ("USCIS"). Dkt. No. 1. The parties agree that Plaintiff's action is brought pursuant to the Administrative Procedures Act, 5 U.S.C. § 702. As such, the parties agree that Plaintiff's case is "an action for review on an administrative record," falling under a category of cases in Federal Rule of Civil Procedure ("FRCP") 26(a)(1)(E)(i) that are exempt from the requirements set forth in FRCP 26(a) and (f) pertaining to the "lay down" of discovery, the participation of the parties in a discovery conference, and the presentation of a joint discovery plan.



Plaintiff Oleg Churyumov brings his action against Defendant USCIS and alleges that: "on February 22, 2016, he submitted his Form i-140 (petition for visa of a person with extraordinary ability) to USCIS. Then, USCIS denied his petition. Plaintiff believes this denial was unlawful." Complaint, Dkt. No. 1, III Statement of Claim. As relief, "Plaintiff asks this Court to revoke the USCIS decision and approve Plaintiff's i-140 form." *See id.* at IV, Relief. Defendant USCIS has answered the complaint. *See* Answer, Dkt. No. 9.

Accordingly, the parties respectfully request that the Court accept and approve this Stipulation, in lieu of a joint status report pursuant to the Court's Order dated November 15, 2018. *See* Order, Dkt. No. 17. The parties have agreed to the following proposed briefing schedule for the filing of summary judgment motions and any responses thereto:

1. Plaintiff shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than March 21, 2019 and note it on the motion calendar for May 10, 2019;

2. Defendant shall file its combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than April 18, 2019 and note it on the motion calendar for May 10, 2019;

3. Plaintiff shall file his combined response to Defendant's cross motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than May 10, 2019.

4. Defendant shall file its reply, which must not exceed twelve pages, in support of its cross motion no later than May10, 2019.

Stipulation and [Proposed] Order
Case No. C18-841-RAJ - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ORDER**

The parties having so stipulated, IT IS ORDERED that the parties will comply with the above stipulated briefing schedule.

Dated this 10th day of December, 2018.

Richard A. Jones
United States District Judge

Stipulation and [Proposed] Order
Case No. C18-0841-RAJ - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800